| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY |
| **GREENBLATT & LIEBERMAN, LLC** <br> **272091971 - 284431972** <br> 102 Browning Lane – Bldg B <br> CHERRY HILL, NJ 08002 <br> (856) 665-5033 <br> ATTORNEY FOR CREDITOR <br><br><br> RE:  DEBTOR: AMBER JENNINGS <br><br><br> CREDITOR:  Isabella Properties, LLC. |

Order Filed on September 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE #:  19-21432(aba)

Judge: Altenburg

**Debtor:**  AMBER JENNINGS  **Creditor:** Isabella Properties, LLC

**ORDER VACATE AUTOMATIC STAY**

The relief set forth on the following pages numbered 1 & 2 is hereby **ORDERED.**

**DATED: September 17, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Debtor**: AMBER JENNINGS

**Case No:** #: 19-21432(aba)

**Caption of Order:** JAMES KEATING, DEBTOR, Isabella Properties, LLC., Creditor

_____

Upon Consideration of Greenblatt & Lieberman's motion/application for an Order Vacating the Automatic Stay, and good Cause appearing therefore, it is hereby:

**ORDERED** that:

1. The Automatic Stay in the instant matter is hereby vacated.

2. The Creditor may proceed with an Eviction action pursuant to the laws of New Jersey.