UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**GREENBLATT & LIEBERMAN, LLC**
**272091971 - 284431972**
102 Browning Lane – Bldg B
CHERRY HILL, NJ 08002
(856) 665-5033
ATTORNEY FOR CREDITOR

RE:  DEBTOR: AMBER JENNINGS

CREDITOR:  Isabella Properties, LLC.

**Order Filed on September 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE #:  19-21432(aba)
Judge: Altenburg

Debtor:  AMBER JENNINGS   Creditor: Isabella Properties, LLC
**ORDER VACATE AUTOMATIC STAY**

The relief set forth on the following pages numbered 1 & 2 is hereby **ORDERED.**

**DATED: September 17, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Debtor**: AMBER JENNINGS

**Case No:** #: 19-21432(aba)

**Caption of Order:** JAMES KEATING, DEBTOR, Isabella Properties, LLC., Creditor

_____

    Upon Consideration of Greenblatt & Lieberman's motion/application for an Order Vacating the Automatic Stay, and good Cause appearing therefore, it is hereby:

**ORDERED** that:

1. The Automatic Stay in the instant matter is hereby vacated.

2. The Creditor may proceed with an Eviction action pursuant to the laws of New Jersey.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-21432-ABA
Amber M Jennings                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Sep 18, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             +Amber M Jennings,    PO Box 2016,    Cinnaminson, NJ 08077-5016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Jorge  Garcia    on behalf of Debtor Amber M Jennings jgarcia@archerlaw.com,    ahuber@archerlaw.com
              Michael S. Greenblatt    on behalf of Creditor    Isabella Properties, LLC
               michellebank@gllawoffice.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              Thomas J Subranni    trustee@subranni.com,
               NJ84@ecfcbis.com;cwild@subranni.com;Subranni@premierremote.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5